UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **CARL DEWAYNE WRIGHT** | * | **CIVIL ACTION NO.  14-0744** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **LOUISIANA CORRUGATED PRODUCTS, LLC, ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion for Declaratory Judgment, construed as a motion for partial summary judgment [Doc. No. 52], filed by Plaintiff Carl DeWayne Wright is hereby GRANTED.  In the event that any issues of plan term interpretation arise in the course of his claim for wrongful denial of benefits, the Court shall review the issue(s) *de novo*.

IT IS FURTHER ORDERED that the Joint Motion for Partial Summary Judgment [Doc. No. 54] filed by Defendants Vantage Health Plan, Inc., Louisiana Corrugated Products, LLC, and U.S. Corrugated, Inc., is hereby DENIED.

MONROE, LOUISIANA, this 13th day of April, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE